IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

**FILED**
Nov 30, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>KENNETH BASH et al.,<br><br>           Defendant. | CASE NO. 1:20-MJ-00129-EPG<br><br>ORDER TO UNSEAL COMPLAINT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted version of the Complaint filed on November 17, 2020, be unsealed and become public record.

DATED: November 30, 2020

_/s/ Sheila K. Oberto_
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE