IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

**FILED**
Nov 30, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-00129-EPG |
| Plaintiff, | |
| v. | ORDER TO UNSEAL COMPLAINT |
| KENNETH BASH et al., | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted version of the Complaint filed on November 17, 2020, be unsealed and become public record.

DATED: November 30, 2020

_____
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE