IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

Dec 01, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:20-MJ-00129-EPG |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL COMPLAINT |
| KENNETH BASH et al., | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted Complaint filed on November 17, 2020, and docket pertaining to defendants Kenneth Bash, Robert Eversole, Todd Morgan, Stephanie Madsen, Angel Lopez, Marlon Palmer, James Armstrong, Samantha Booth, David Zachocki, Jacob Renshaw, Amanda Gourley, Eric Rochlem, Regina Broomall, Joseph McWilliams, and Geoffrey Guess, be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **December 1, 2020**                            /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE