IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
Dec 01, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

KENNETH BASH et al.,

                Defendant.

CASE NO. 1:20-MJ-00129-EPG

ORDER TO UNSEAL COMPLAINT

     Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted Complaint filed on November 17, 2020, and docket pertaining to defendants Kenneth Bash, Robert Eversole, Todd Morgan, Stephanie Madsen, Angel Lopez, Marlon Palmer, James Armstrong, Samantha Booth, David Zachocki, Jacob Renshaw, Amanda Gourley, Eric Rochlem, Regina Broomall, Joseph McWilliams, and Geoffrey Guess, be unsealed and become public record.

IT IS SO ORDERED.

Dated:  **December 1, 2020**                   /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE