MCGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH BASH et al.,<br><br>Defendants. | CASE NO. 1:20-MJ-00129-EPG<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d)<br><br>DATE: December 4, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney STEPHANIE M. STOKMAN, and defendant Kenneth Bash, both individually and by and through defendant's counsel of record, hereby stipulate as follows:

1. The Complaint in this case was filed on or about November 17, 2020, and defendants first appeared before a judicial officer of the Court in which the charges in this case were pending on November 20, 2020. The court set a preliminary hearing date of December 4, 2020.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to December 17, 2020, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that there is good cause for the delay to allow the government's continuing investigation of the case, and that such continuance will not interfere with the public interest in the prompt disposition of criminal cases. Rule 5.1(d).

3. This stipulation does not include an exclusion of time.

IT IS SO STIPULATED.

Dated:  December 4, 2020  McGREGOR W. SCOTT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney


Dated:  December 4, 2020  /s/ Scott Quinlan
SCOTT QUINLAN
Counsel for Defendant
Kenneth Bash

McGREGOR W. SCOTT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>KENNETH BASH ET AL.,<br><br>            Defendants. | CASE NO. 1:20-MJ-00129-EPG<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d)<br><br>DATE: December 4, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), filed by the parties in this matter on November 27, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to December 17, 2020, at 2:00 p.m.

2. Defendant shall appear at that date and time before the Magistrate Judge on duty.

1    3.   This order does not exclude time.

IT IS SO ORDERED.

Dated:   **December 4, 2020**               /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

4